# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jones, Robert L. | Bankruptcy Court - N.D. Texas | 05/15/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court
1205 Texas Avenue, Room 312
Lubbock, TX 79401-4002

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Stockholder | Lubbock Country Club |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Texas Tech University - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Association | 1/27/2017 | Irving, Texas | Bench/Bar Conference | Transportation and food |
| 2. | State Bar of Texas | 2/17/2017 - 2/19/2017 | San Antonio, Texas | Judging Moot Court competition | Transportation, food, and hotel |
| 3. | State Bar of Texas | 5/31/2017 - 6/2/2017 | San Antonio, Texas | Bench/Bar Conference | Transportation, food, and hotel |
| 4. | DFW Seminars, Inc. | 10/22/2017 - 10/23/2017 | Hurst, Texas | Chapter 13 Seminar | Transportation, food, and hotel |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Robert L. | 05/15/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wachovia Education Finance (ACS Education Services) | Parent Plus Loan | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Robert L. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Robert Jones IRA carried by First Clearing Corp., custodian (H) | | | | | | | | | |
| 2. | -American Funds Balanced Fund (Mutual Fund) | B | Int./Div. | M | T | | | | | |
| 3. | Texas Teacher Retirement System (Texas Tech University) | B | Interest | M | T | | | | | |
| 4. | Texas Saver (457 Program) (H) | | | | | | | | | |
| 5. | -LifePath Index 2020 Fund (Money Market Fund) (X) | | None | L | T | | | | | |
| 6. | Wells Fargo Market Rate Savings Account | A | Interest | M | T | | | | | |
| 7. | Wells Fargo Market Rate Plus Savings Account | A | Interest | K | T | | | | | |
| 8. | Wells Fargo Advantage Plus Checking Account | A | Interest | J | T | | | | | |
| 9. | Wells Fargo IRA (Retirement Savings Certificates) | A | Interest | | | Sold | 01/30/17 | J | | |
| 10. | Estate (H) ▮▮▮▮▮ | | | | | | | | | |
| 11. | -Prudential Alliance Acct (savings account) | A | Interest | K | T | | | | | |
| 12. | -LPL Financial (Beneficiary) IRA | | | | | | | | | |
| 13. | --Deposit Cash Account - NexBanc SSB (previously Bank of the Ozarks) | A | Interest | J | T | | | | | |
| 14. | --Mutual Funds | | | | | | | | | |
| 15. | -- Blackrock High Yield Bond | A | Dividend | J | T | | | | | |
| 16. | -- American Century Equity | A | Dividend | J | T | | | | | |
| 17. | -- Blackrock Global | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Robert L. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Calamos Market Neutral | A | Dividend | J | T | | | | | |
| 19. -- Ishares U.S. Pfd. Stock | A | Dividend | J | T | | | | | |
| 20. -- Oakmark Equity & Income | A | Dividend | J | T | | | | | |
| 21. -- Pimco Income | A | Dividend | J | T | | | | | |
| 22. -- Vlirtus SEIX (previously Ridgeworth Seix Income ) | A | Dividend | J | T | | | | | |
| 23. -- Templeton Global Bond | A | Dividend | | | Sold | 05/11/17 | J | | |
| 24. --Oppenheiner Steelpath MLP | A | Dividend | J | T | Buy | 05/11/17 | J | | |
| 25. --Washington Mutual | A | Dividend | J | T | Buy | 05/11/17 | J | | |
| 26. -LPL Financial Account (H) | | | | | | | | | |
| 27. --JP Morgan Muni Money Market | A | Interest | J | T | | | | | |
| 28. --Equities | | | | | | | | | |
| 29. -- AT&T, Inc. | A | Dividend | J | T | | | | | |
| 30. -- Chevron Corp. | A | Dividend | J | T | | | | | |
| 31. --Embridge, Inc. | A | Dividend | J | T | | | | | |
| 32. -- Ventas, Inc. | A | Dividend | J | T | | | | | |
| 33. --Goldman Sachs Group, Inc. (corporate bonds) | A | Interest | J | T | | | | | |
| 34. --Mutual Funds | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Robert L. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Western Asset Municipal Fund | A | Dividend | J | T | | | | | |
| 36. -- AMCAP | A | Dividend | J | T | | | | | |
| 37. -- American Century Equity Income | A | Dividend | J | T | | | | | |
| 38. -- Blackrock Global Investor | A | Dividend | J | T | | | | | |
| 39. -- Calamos Market Neutral | A | Dividend | J | T | | | | | |
| 40. -- Capital Income Builder | A | Dividend | J | T | | | | | |
| 41. -- Franklin High Yield | A | Dividend | J | T | | | | | |
| 42. -- Pimco All Asset | A | Dividend | J | T | | | | | |
| 43. -- Thornburg Strategic Mun. Income | A | Dividend | J | T | | | | | |
| 44. -Plains Capital Bank Account | A | Interest | K | T | | | | | |
| 45. -Wells Fargo Account | A | Interest | M | T | | | | | |
| 46. -Rent House #1 Lubbock, TX (1/2 interest) ($104,000-100% int.) | C | Rent | L | S | | | | | |
| 47. -Rent House #2 Lubbock, TX (1/2 interest) ($80,000-100% int.) | C | Rent | | | Sold | 03/23/17 | K | | See Section VIII. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Robert L. | 05/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. line 5: I failed to include this account in prior reports.

Part VII. line 9: The Wells Fargo IRA was transferred to the Robert Jones IRA, and its value is now reflected within the aggregate value of the American Funds Balanced Fund. The Robert Jones IRA is managed by Wells Fargo Clearing Services, LLC.

Part VII. line 47: The rent house was sold to Benajmin Nugent; the seller was Estate of Rodney U. Goebel.

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Robert L. | 05/15/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Robert L. Jones**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544